Anthony L. Hall, Esq.
Nevada Bar No. 5977
Deanna C. Brinkerhoff, Esq.
Nevada Bar No. 11066
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
ahall@hollandhart.com
dcbrinkerhoff@hollandhart.com
*Attorneys for Plaintiff*

MARK N. PARRY
*Admitted Pro Hac Vice*
Moses & Singer LLP
401 Lexington Avenue
New York, NY 10174
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
mparry@mosessinger.com
*Attorneys for Defendants Henry Schein, Inc. and John Ilvento*

MATTHEW ADDISON (#4201)
MEGAN STARICH (#11284)
McDonald Carano Wilson LLP
100 West Liberty Street. 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
and maddison@mcdonaldcarano.com
and mstarich@mcdonaldcarano.com
*Attorneys for Defendants Henry Schein, Inc. and John Ilvento*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PSS WORLD MEDICAL, INC., d/b/a PHYSICIAN SALES & SERVICE, INC., a Florida Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ILVENTO, an individual, HENRY SCHEIN, INC., a Delaware Corporation<br><br>Defendants. | **CASE NO.: 3:11-CV-00365-RCJ-VPC**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

Plaintiff PSS World Medical, Inc., d/b/a Physician Sales & Service, Inc. ("Plaintiff") and Defendants John Ilvento ("Ilvento") and Henry Schein, Inc. ("Schein") (collectively, "Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree that this case is dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

November 14, 2011.

ANTHONY L. HALL, ESQ., Bar #5977
DEANNA C. BRINKERHOFF, ESQ., Bar #11066
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: 775-327-3000; Fax: 775-786-6179
*Attorneys for Plaintiff*

November 10, 2011

MARK PARRY
*Admitted Pro Hac Vice*
MOSES & SINGER LLP
401 Lexington Ave.
New York, NY 10174
*Attorneys for Defendants*

MCDONALD CARANO WILSON LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Phone: 775-788-2000; Fax: 775-788-2020
*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE

Dated this 15th day of November, 2011.

5272963_1